David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

Karen A. Peterson, Esq. (NSB #366)
kpeterson@allisonmackenzie.com
**ALLISON MACKENZIE, LTD.**
402 N. Division Street
P.O. Box 646
Carson City, Nevada 89702
Telephone: (775) 687-0202
Facsimile: (775) 882-7918

*Attorneys for Plaintiff Basic Water Company*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BASIC WATER COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH WEST ENTERPRISE HOLDINGS, LLC, a Nevada limited liability company; UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Case No. 2:20-cv-01678-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their undersigned counsel, stipulate, agree, and hereby request an extension of the current deadline of February 3, 2021, for Plaintiff to file an Opposition to the Motion to Dismiss Complaint (ECF No. 19) filed by Defendants United States Department of the Interior and the United States Bureau of Land Management:

1

1. On January 11, 2021, Defendants United States Department of the Interior and the United States Bureau of Land Management filed their Motion to Dismiss Complaint (ECF No. 19).

2. The current deadline for Plaintiff to oppose the Motion is February 3, 2021. (Order, ECF No. 21).

3. Over the past several weeks, Plaintiff's lead counsel, David A. Carroll, Esq., has experienced medical issues and had limited availability to work on this matter.

4. Based on the foregoing, the parties have agreed and hereby request another short extension of time, up to and including February 8, 2021, for Plaintiff to file an Opposition to the Motion to Dismiss.

5. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose. This is the second request for an extension of time with respect to the Motion to Dismiss Complaint (ECF No. 19).

| Dated this 1st day of February, 2021. | Dated this 1st day of February, 2021. |
|---|---|
| RICE REUTHER SULLIVAN & CARROLL, LLP | UNITED STATES ATTORNEY'S OFFICE |
| By: /s/ David A. Carroll<br>DAVID A. CARROLL, ESQ. (#7643)<br>ANTHONY J. DIRAIMONDO, ESQ. (#10875)<br>ROBERT E. OPDYKE, ESQ. (#12841)<br>3800 Howard Hughes Parkway, Suite 1200<br>Las Vegas, NV 89169<br><br>-and-<br><br>KAREN A. PETERSON, ESQ. (NSB #366)<br>ALLISON MACKENZIE, LTD.<br>402 N. Division Street<br>P.O. Box 646<br>Carson City, Nevada 89702<br><br>*Attorneys for Basic Water Company* | By: /s/ Rachel Kent<br>NICHOLAS A. TRUTANICH, ESQ. (#13644)<br>United States Attorney - District of Nevada<br>RACHEL KENT, ESQ. (# 11795)<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants United States Department of the Interior and the United States Bureau of Land Management* |

Dated this 1st day of February, 2021.

ARMSTRONG TEASDALE LLP

By: /s/ Michelle D. Alarie
    JEFFREY F. BARR, ESQ. (#7269)
    MICHELLE D. ALARIE, ESQ. (#11894)
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

*Attorneys for South West Enterprise Holdings LLC*

## **ORDER**

The foregoing Stipulation is GRANTED. Plaintiff shall have up to and including February 8, 2021, to file its Opposition to the Motion to Dismiss Complaint (ECF No. 19).

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 3, 2021

3